United States District Court
Southern District of Texas
**ENTERED**
April 05, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MARTIN AYALA, *et al*, § § § Plaintiffs, § VS. § ALLSTATE TEXAS LLOYDS, *et al*, § § § Defendants. § | CIVIL ACTION NO. 7:16-CV-559 |

### ORDER ON STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal, the Court

**GRANTS** the stipulation and **DISMISSES** Plaintiffs Martin Ayala and Paulita Ayala's claims asserted against Defendants Allstate Texas Lloyds and Ricardo Nieves with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Court costs will be paid by the party incurring same.

SO ORDERED this 5th day of April, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge